# United States Bankruptcy Court
## Southern District of Florida

In re   Latin America Media Management, LLC                              Case No. _____
                                              Debtor(s)                  Chapter   __11__

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(C), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, or 1019. I hereby certify that:

[X]   The paper filed **adds** creditor(s) as reflected on the attached list (include names and address of each creditor being added). I have:
  1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019 (5) report);
  2. provided the court with a supplemental matrix diskette **containing only the added creditors** or electronically uploaded the added creditors in CM/ECF;
  3. provided notice to affected parties, including service of a copy of this notice and a copy of the § 341 or post conversion meeting notice [Local Rule 1009-1(C)]; and
  4. filed an amended schedule(s) and summary of schedules.

[ ]   The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
  1. remitted the required fee.
  2. provided notice to affected parties and
  3. filed an amended schedule(s) and summary of schedules.

[X]   The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have:**
  1. provided notice to affected parties, including service of a copy of this notice and a copy of the § 341 or post conversion meeting notice [Local Rule 1009-1(c)] and
  2. filed an amended schedule(s) or other paper.

[X]   The paper filed **corrects** schedule D, E or F amount(s) or classifications(s). **I have:**
  1. remitted the required fee;
  2. provided notice to affected parties and
  3. filed an amended schedule(s) and summary of schedules.

[ ]   None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It [ ] does [ ] does not require the filing of an amended schedule and summary of schedules.

I also certify that, if required to be filed by the Bankruptcy Rules, the official form "Declaration Concerning Debtor's Schedules" has been signed by each debtor as required by Local Rules 1007-2(B), 1009-1(C), or 1019-1(B) and, if filed electronically without imaged signatures, a local form Declaration Re: Electronic Filing accompanied the filing of the document.

Dated: 4/10/08

X _____
Debtor

_____
Attorney for Debtor

**Thomas L. Abrams 764329**
Print Name and Florida Bar Number

Joint Debtor (if applicable)

**1776 North Pine Island Road
Suite 309
Fort Lauderdale, FL 33322**
Address
**(954) 523-0900 Fax: (954) 915-9016
tabrams@tabramslaw.com**
Phone Number

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re __Latin America Media Management, LLC__ 
                                                  Debtor(s)

Case No. _____
Chapter __11__

# Amended LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Amcham SAO Paulo<br>Rua Da Paz, 1431<br>Sao Apulo | Amcham SAO Paulo<br>Rua Da Paz, 1431<br>Sao Apulo | Trade debt | | 25,200.00 |
| American Express<br>PO Box 36001<br>Fort Lauderdale, FL 33336 | American Express<br>PO Box 36001<br>Fort Lauderdale, FL 33336 | Trade debt | | 9,364.00 |
| Biltmore Hotel<br>1200 Anastasia Avenue<br>Miami, FL | Biltmore Hotel<br>1200 Anastasia Avenue<br>Miami, FL | Vendor | | 9,351.00 |
| Bracewell & Giuliani<br>711 Louisiana Street<br>Houston, TX 77702 | Bracewell & Giuliani<br>711 Louisiana Street<br>Houston, TX 77702 | Services Rendered | | 24,000.00 |
| Citicorp Vendor Finance Inc<br>PO Box 7247 - 0118<br>Philadelphia, PA 19170 | Citicorp Vendor Finance Inc<br>PO Box 7247 - 0118<br>Philadelphia, PA 19170 | Trade debt | | 17,024.00 |
| DHL Latin America<br>8100 SW 10th Street<br>Fort Lauderdale, FL 33324 | DHL Latin America<br>8100 SW 10th Street<br>Fort Lauderdale, FL 33324 | Trade debt | | 36,000.00 |
| Eduardo Coronado<br>Los Pozos 7143<br>Depto 904<br>Las Condes<br>Santiago, Chile | Eduardo Coronado<br>Los Pozos 7143<br>Depto 904<br>Santiago, Chile | Trade debt | | 10,040.00 |
| G3 Worldwide (US) Inc<br>PO Box 917<br>Melville, NY 11747 | G3 Worldwide (US) Inc<br>PO Box 917<br>Melville, NY 11747 | Trade debt | | 13,764.00 |
| General S. of the OAS<br>1889 F Street<br>Washington, DC 20006 | General S. of the OAS<br>1889 F Street<br>Washington, DC 20006 | Trade debt | | 15,000.00 |
| Internal Revenue Service<br>Special Procedures Function<br>P.O. Box 17167, Stop 5730<br>Fort Lauderdale, FL 33318 | Internal Revenue Service<br>Special Procedures Function<br>P.O. Box 17167, Stop 5730<br>Fort Lauderdale, FL 33318 | Taxes | Disputed | 264,659.34 |
| Isma Ltda<br>Rua Marquez De Oliveira 469<br>Galpao<br>Sao Paulo, Brazil | Isma Ltda<br>Rua Marquez De Oliveira 469<br>Galpao<br>Sao Paulo, Brazil | Trade debt | | 10,186.00 |

In re   Latin America Media Management, LLC                                    Case No. _____
                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [If secured, also state value of security] |
|---|---|---|---|---|
| Lan Airlines<br>Ave Presidente Riesco 5711<br>Piso 18<br>Santiago, Chile | Lan Airlines<br>Ave Presidente Riesco 5711<br>Piso 18<br>Santiago, Chile | Trade debt | | 85,500.00 |
| Landov, LLC<br>244 5th Avenue<br>New York, NY 10001 | Landov, LLC<br>244 5th Avenue<br>New York, NY 10001 | Trade debt | | 9,920.00 |
| Quebecor World<br>570 Lexington Avenue<br>Sixth Floor<br>New York, NY 10022 | Quebecor World<br>570 Lexington Avenue<br>Sixth Floor<br>New York, NY 10022 | Trade debt | | 113,592.00 |
| Representaciones Editoriales<br>Calle 29 #579 A<br>Mexico | Representaciones Editoriales<br>Calle 29 #579 A<br>Mexico | Trade debt | | 164,822.00 |
| Ricoh Americas Corporation<br>PO Box 105533<br>Atlanta, GA 30348 | Ricoh Americas Corporation<br>PO Box 105533<br>Atlanta, GA 30348 | Trade debt | | 22,042.00 |
| Sky Postal<br>7805 NW 15th Street<br>Miami, FL 33126 | Sky Postal<br>7805 NW 15th Street<br>Miami, FL 33126 | Trade debt | | 16,897.00 |
| Sprint 1<br>PO Box 219100<br>Kansas City, MO 64121-9100 | Sprint 1<br>PO Box 219100<br>Kansas City, MO 64121-9100 | 2007 Services Rendered | | 9,512.00 |
| State of Florida<br>Department of Revenue<br>Bankruptcy Section<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | State of Florida<br>Department of Revenue<br>Bankruptcy Section<br>Tallahassee, FL 32314-6668 | | | 14,230.04 |
| VISA<br>1004 NW 65th Avenue<br>Miami, FL 33126 | VISA<br>1004 NW 65th Avenue<br>Miami, FL 33126 | Trade debt | | 30,000.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

Michael Zellner an officer

I, the _____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   4/10/08                              Signature  /s/ Michael Zellner

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.